UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-22555-Civ-COOKE/TORRES

JOSE JAVIER AZURDIA PUERTO,
and all others similarly situated under
29 U.S.C. 216(b),

    Plaintiff,

vs.

RW INSTALLATION, INC., RW
GLAZING, INC., ROBERT
WSZENDYBYL and
MARLENA STETTNER,

    Defendants.
_____/

## NOTICE OF JOINT MOTIONS

The parties are hereby notified that multiple Plaintiffs or Defendants shall file joint dispositive motions with co-parties unless there are clear conflicts of positions or grounds for relief.

**DONE and ORDERED** in chambers in Miami, Florida this 17th day of July 2015.

_____
MARCIA G. COOKE
United States District Judge

Copies provided to:
*Edwin G. Torres,* U.S. Magistrate Judge
*Counsel of Record*