UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-22555-CIV-COOKE

JOSE JAVIER AZURDIA PUERTO and all )
others similarly situated under 29 U.S.C. )
216(b), )
)
)
Plaintiff, )
vs. )
)
)
RW INSTALLATION INC., RW GLAZING )
INC, ROBERT WSZENDYBYL, and )
MARLENA STETTNER, )
)
Defendants. )
_____ )

**PLAINTIFF'S STATEMENT OF CLAIM**

COMES NOW Plaintiff, by and through the undersigned attorney, pursuant to the Court's Orders [DE 8] and [DE 11], and files this Statement of Claim and states as follows:

1. Period of Overtime Claim: June 1, 2014 – March 20, 2015.

2. Approximate number of weeks: 41 (rounded down).

3. Average hours worked per week: 63

4. Overtime hours claimed per week: 23

5. Hourly rate: $18.00 per hour.

6. Half-time overtime rate based on the hourly rate: $9.00 per hour.

7. Calculation of half-time wages owed: $9.00/hr. x 23 hrs./week x 41 weeks = $8,487.00.

8. Overtime wages owed of $8,487.00 doubled for liquidated damages = $16,974.00, plus attorney's fees and costs.

Respectfully submitted this 24th day of August, 2015.

J.H. Zidell, P.A.
Attorneys for Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

By: /s/ Elizabeth O. Hueber
Elizabeth O. Hueber, Esq.
Florida Bar Number: 0073061

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on August 24, 2015, and that no attorney has appeared on behalf of Defendants as of this filing.

J.H. Zidell, P.A.
Attorneys for Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

By: /s/ Elizabeth O. Hueber
Elizabeth O. Hueber, Esq.
Florida Bar Number: 0073061