UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:15-cv-22555-COOKE/TORRES

| | |
|---|---|
| JOSE JAVIER AZURDIA PUERTO, and all others similarly situated under 29 U.S.C. 216(b), <br><br> Plaintiffs, <br><br> vs. <br><br> RW INSTALLATION INC., RW GLAZING INC., ROBERT WSZENDYBYL and MARLENA STETTNER <br><br> Defendants. | ) CASE 1:15-cv-22555-MGC <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT UNDER 29 U.S.C. 201-216 OVERTIME VIOLATIONS BY PLAINTIFF**

Defendants, RW INSTALLATION INC.; RW GLAZING INC.; ROBERT WSZENDYBYL and MARLENA STETTNER, by and through their undersigned attorney do file this Answer and Affirmative Defenses in response to the Complaint under 29 U.S.C. 201-216 Overtime Violations by Plaintiff and does say:

1. Admit based on the allegations of the Complaint.

2. Unable to admit or deny as the date of the dispute is not set forth in the allegation.

3. Admits that RW Installation, Inc. transacted business in Miami-Dade County. Unable to admit or deny as to whether RW Installation, Inc. was the FLSA employer as neither "respective period of employment" or "relevant time period" is defined.

4. Deny.

5. Unable to admit or deny as there is no identification of "Defendant Corporation" or "Corporate Defendant" to respond to the allegation.

6. Unable to admit or deny as there is no identification of "Defendant Corporation" or "Corporate Defendant" to respond to the allegation.

7. Deny.

8. Unable to admit or deny as all acts or omissions are not defined so that a response can be given.

## COUNT I.  FEDERAL OVERTIME WAGE VIOLATION

9. Deny.

10. Admit for jurisdiction purposes only.

11. Admit that the statute speaks for itself.

12. Admit that the Plaintiff worked for each Defendant at separate times installing windows at various times during the time period set forth in the allegation.

13. Unable to admit or deny as there is no breakdown as to which Defendant the Plaintiff is referring to throughout the allegations; the relevant time frame is not identified as to the various allegations and there is no breakdown as to which Defendant the Plaintiff was performing work for and at which location the work alleged to be performed by the Plaintiff was being performed.

14. Unable to admit or deny as the allegation in one place refers to "Defendants" and in another place refers to "Defendant's".

15. Admit.

16. Admit.

17. Deny.

18. Deny.

19. Deny.

20. Deny.

## AFFIRMATIVE DEFENSES

1. Collective action status and determination should be denied as this is not a collective action case.

All allegations not specifically responded to are to be deemed denied.

Defendants reserve the right to allege any further affirmative defenses or amend the affirmative defenses pled as this case proceeds.

Wherefore, Defendants pray that collective action status for the case be denied, determine that the actions of the Defendants if any wrongdoing is determined to have been committed by either of the Defendants against the Plaintiff was not willful, that to the extent any overtime is determined to be due, that the determination be made as to which Defendant, if either is responsible, is obligated for said overtime, deny liquidated damages and that to the extent any legal fees and costs are

awarded, that these fees and costs be reasonable.

Dated: October 1, 2015  Respectfully submitted,

       **s/Randee S. Schatz**
Randee S. Schatz, Esq. (Florida Bar No. 279900)
Attorney Email Address: rsschatz@comcast.net
Secondary Email:
legal.service.RSS.PA@comcast.net
RANDEE S. SCHATZ, P.A
220 Sunrise Avenue/Suite 209
Palm Beach, Florida 33480
Telephone: (561) 833-1846
Facsimile: (561) 833-1881
Attorney for Defendants, RW INSTALLATION INC.; RW GLAZING INC.; ROBERT WSZENDYBYL; and MARLENA STETTNER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO.: 1:15-cv-22555-COOKE/TORRES**

| | |
|---|---|
| JOSE JAVIER AZURDIA PUERTO, and all others similarly situated under 29 U.S.C. 216(b), | ) CASE 1:15-cv-22555-MGC ) ) JURY TRIAL DEMANDED ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| RW INSTALLATION INC., RW GLAZING INC., ROBERT WSZENDYBYL and MARLENA STETTNER | ) ) ) ) |
| Defendants. | ) ) |

**Certificate of Service**

    I HEREBY CERTIFY that on October 1, 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                      By:   **/s/Randee S. Schatz**
                                              Randee S. Schatz, Esq.
                                              Florida Bar Number: 279900

## SERVICE LIST
### JOSE JAVIER AZURDIA PUERTO, Plaintiff v.
### RW INSTALLATION INC.; et al., Defendants.
### CASE NO.: 1:15-cv-22555-COOKE/TORRES
### United States District Court, Southern District of Florida

Elizabeth Olivia Hueber, Esq.
Email: elizabeth.hueber.esq@gmail.com
Julia M. Garrett, Esq.
jgarrett.jhzidellpa@gmail.com
Jamie H. Zidell, Esq.
Email: zabogado@aol.com
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
Tel: 305-865-6766
Fax: 305-865-7167

Attorneys for Plaintiff,
Method of Service: email